■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMANUEL JOHNSON, Appellant. [887 NYS2d 925]—Motion for writ

of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.